IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **WILLIE SMITH**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:10-CV-0207-L** |
| | § | |
| **MIDLAND MORTGAGE CO., et al.,** | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed March 12, 2010. Plaintiff filed a document in response on March 26, 2010.

This is a *pro se* civil action. The magistrate judge sent a questionnaire to Plaintiff on February 8, 2010, seeking additional information about his claims. The questionnaire warned that "failure to file answers [to the questionnaire] may result in the dismissal of the action for failure to prosecute." On March 8, 2010, Plaintiff filed the blank questionnaire with the court, along with certain notices.

The magistrate judge recommends dismissing this action without prejudice for failure to comply with an order of the court pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. On March 26, 2010, Plaintiff filed an affidavit, a notice of certificate of service to the trustee, a copy of the magistrate judge's Findings, Conclusions, and Recommendation, and a document listing definitions and case cites.

The court determines that Plaintiff's document does not raise specific objections to the magistrate judge's Findings, Conclusions, and Recommendation. Plaintiff has not provided answers to the magistrate judge's questionnaire.

**Order – Page 1**

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court **dismisses** this action **without prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with a court order.

**It is so ordered** this 31st day of March, 2010.

Sam A. Lindsay
United States District Judge